UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

_____

UNITED STATES OF AMERICA

      v.                              CRIMINAL CASE NO.  1:24-CR-0392 (MAD)

KRIS ROGLIERI,

         Defendant.

_____

### **NOTICE OF APPEAL**

Notice is hereby given that the above-named Defendant hereby appeals to the United States Court of Appeals for the Second Circuit from the Amended Judgment entered on May 5, 2026. (Dkt. No. 132).

DATED: May 6, 2026                  Respectfully submitted,
                                  OFFICE OF FEDERAL PUBLIC DEFENDER

                          By:    *s/ James P. Egan, Esq.*
                                    Assistant Federal Public Defender
                                    Bar Roll No. 515300
                                    4 Clinton Square, 3rd Floor
                                    Syracuse, New York 13202
                                    315-701-0080

TO:    United States Attorney's Office (via CM/ECF)

APPEAL,CLOSED

# U.S. District Court
# Northern District of New York – Main Office (Syracuse) [NextGen CM/ECF Release 1.8 (Revision 1.8.5)] (Albany)
# CRIMINAL DOCKET FOR CASE #: 1:24–cr–00392–MAD All Defendants
## *Internal Use Only*

Case title: USA v. Roglieri

Magistrate judge case number:  1:24–mj–00261–CFH

Date Filed: 09/19/2024

Date Terminated: 04/06/2026

Assigned to: U.S. District Judge
Mae A. D'Agostino

Appeals court case number:
25–277 USCA for the Second
Circuit

**Defendant (1)**

**Kris Roglieri**
*TERMINATED: 04/06/2026*

represented by **Matthew E. Trainor**
Office of the Federal Public Defender – Albany
Office
Northern District of New York
54 State Street – Suite 310
Albany, NY 12207
518–436–1850
Fax: 518–436–1780
Email: matthew_trainor@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community
Defender Appointment*
*Bar Status: Active*
*Fee Status: waived_2025*

**James P. Egan**
Office of the Federal Public Defender – Syracuse
Office
4 Clinton Square, 3rd Floor
Syracuse, NY 13202
315–701–0080
Fax: 315–701–0081
Email: James_Egan@fd.org
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community
Defender Appointment*
*Bar Status: Active*
*Fee Status: waived_2025*

**Jeremy B. Sporn**
Office of the Federal Public Defender – Albany
Office
54 State Street – Suite 310
Albany, NY 12207
518–436–1850
Email: jeremy_sporn@fd.org
*ATTORNEY TO BE NOTICED*

*Designation: Public Defender or Community Defender Appointment*
*Bar Status: Active*
*Fee Status: waived_2025*

**Paul E. Shelton , Jr**
Federal Public Defender's Office
54 State Street – Suite 310
Albany, NY 12207
518–436–1850
Fax: 518–436–1780
Email: paul_shelton@fd.org
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*
*Bar Status: Active*
*Fee Status: waived_2025*

| **Pending Counts** | **Disposition** |
| --- | --- |
| 18:1349, 1343 CONSPIRACY TO COMMIT WIRE FRAUD with forfeiture allegation (1s) | The defendant is sentenced on Count 1s of the Superseding Indictment to the custody of the Bureau of Prisons to be imprisoned for a term of 97 months; The Court recommends that the defendant be placed in a facility as close to Glens Falls, NY as possible; 3–years Supervised Release to follow, with standard and special conditions; Restitution is ordered in the amount of $31,280,426.00, joint and several with Kimberly Owen (25–cr–238) and Christopher Snyder (25–cr–195); The interest requirement is waived as to restitution; NO Fine; $100.00 Special Assessment; Forfeiture pursuant to the preliminary order of forfeiture; |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
| --- | --- |
| 18:1343 Wire Fraud with Forfeiture Allegation (1) | superseded |
| 18:1343 Wire Fraud with Forfeiture Allegation (2–5) | superseded |
| 18:1343 WIRE FRAUD with forfeiture allegation (2s–6s) | Dismissed on Government motion |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
| --- | --- |
| 18:1343 Wire Fraud | |

**Plaintiff**

| | |
| --- | --- |
| **USA** | represented by |

**Joshua R. Rosenthal**
Office of United States Attorney – Albany
James T. Foley U.S. Courthouse
445 Broadway, Room 218
Albany, NY 12207–2924
518–431–0389
Email: joshua.rosenthal@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*
*Bar Status: Active*
*Fee Status: waived_2025*

**Elizabeth A. Conger**
U.S. Attorney's Office, Northern District
of New York
100 South Clinton St.
Syracuse, NY 13261–7198
315–448–0672
Fax: 315–448–0689
Email: Elizabeth.Conger@usdoj.gov
*TERMINATED: 09/29/2025*
*Designation: Assistant US Attorney*
*Bar Status: Removed2025Biennial*
*Fee Status: none*

**Jeffrey Brown**
United States Attorney's Office–Northern
District of Ne
100 S. Clinton Street
Syracuse, NY 13261
680–287–6177
Email: jeffrey.brown@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*
*Bar Status: Active*
*Fee Status: waived_2026*

**Melissa O'Brien Rothbart**
Office of the United States Attorney –
Syracuse
P.O. Box 7198
100 South Clinton Street
Syracuse, NY 13261–7198
315–448–0671
Email: Melissa.Rothbart@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*
*Bar Status: Inactive (USDC)*
*Fee Status: none*

**Michael S. Barnett**
Bond, Schoeneck & King, PLLC
22 Corporate Woods Blvd. – Suite 501
Albany, NY 12211–2503
518–533–3281
Fax: 518–533–3299
Email: mbarnett@bsk.com
*TERMINATED: 11/04/2025*
*Designation: Assistant US Attorney*
*Bar Status: Active*
*Fee Status: waived_2025*

Email All Attorneys
Email All Attorneys and Additional Recipients

| Date Filed | # | Docket Text |
|---|---|---|
| 05/28/2024 | 1 | CRIMINAL COMPLAINT as to Kris Roglieri (2). (tab) [1:24–mj–00261–CFH] (Entered: 05/31/2024) |
| 05/28/2024 | 4 | MOTION to Seal Case by USA as to Kris Roglieri. (tab) [1:24–mj–00261–CFH] (Entered: 05/31/2024) |
| 05/28/2024 | 5 | ORDER granting 4 Motion to Seal Case as to Kris Roglieri (2). Signed by Magistrate Judge Christian F. Hummel on 5/28/2024. (Attachments: # 1 Public Order)(tab) [1:24–mj–00261–CFH] (Entered: 05/31/2024) |
| 05/31/2024 | | Case unsealed as to Kris Roglieri (tab) [1:24–mj–00261–CFH] (Entered: 05/31/2024) |
| 05/31/2024 | | Text Minute Entry for proceedings held before Magistrate Judge Christian F. Hummel: Initial Appearance as to Kris Roglieri held on 5/31/2024. Appearances by AFPD Michael McGeown–Walker for the defendant; AUSA Joshua Rosenthal and AUSA Michael Barnett for the government; USPO Amy Brancatelli, present. The Court issues the oral Rule 5(f) Reminder of Prosecutorial Obligation Order. The government moves for the complaint to be unsealed and that motion is granted. The Defendant is advised of his rights and the maximum penalties are stated. The government moves for detention as a danger to the community and as a risk of flight and requests a continuance. Defense requests a hearing be scheduled and will arrange for a pretrial services interview to be completed. A Detention Hearing is set for 6/3/2024 @ 3:00 PM in Albany before Magistrate Judge Christian F. Hummel. Defndant is remanded to the custody of the U.S. Marshal pending the detention hearing. (Court Reporter FTR Recorded)[12:05pm–12:11pm] (tab) [1:24–mj–00261–CFH] (Entered: 05/31/2024) |
| 06/03/2024 | 6 | Letter from USA as to Kris Roglieri requesting limited sealing of government's letter–motion for pretrial detention (Attachments: # 1 Redacted Version of Government's Letter–Motion for Pretrial Detention)(Rosenthal, Joshua) [1:24–mj–00261–CFH] (Entered: 06/03/2024) |
| 06/03/2024 | 7 | PRETRIAL SERVICES INVESTIGATION REPORT – [LODGED] as to Kris Roglieri. **[This document has been electronically lodged with the Court and is viewable by ONLY the attorney for the government, the attorney for the defendant, and the presiding judge. Any further distribution or dissemination is prohibited.]** (anp, ) [1:24–mj–00261–CFH] (Entered: 06/03/2024) |
| 06/03/2024 | 8 | TEXT ORDER granting 6 Letter from USA requesting limited sealing of government's letter–motion for pretrial detention as to Kris Roglieri (2): the redacted letter, filed as attachment to Dkt. no. 6 is accepted as filed. Authorized by Magistrate Judge Christian F. Hummel on 6/3/2024.(tab) [1:24–mj–00261–CFH] (Entered: 06/03/2024) |
| 06/03/2024 | 9 | TEXT ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Kris Roglieri. Because the defendant has testified under oath or has otherwise satisfied this court that he (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and because the interests of justice so require it is hereby ORDERED that: The Office of the Federal Public Defender for the Northern District of New York is assigned representation of the defendant and shall file a notice of appearance with the Clerk of Court. So Ordered by Magistrate Judge Christian F. Hummel on 6/3/2024. (tab) [1:24–mj–00261–CFH] (Entered: 06/03/2024) |
| 06/03/2024 | 10 | RULE 5(f) ORDER as to Kris Roglieri: This Order is entered, pursuant to Federal Rule of Criminal Procedure 5(f) and the Due Process Protections Act, to confirm the Government's disclosure obligations under Brady v. Maryland, 373 U.S. 83 (1963), and its progeny, and to summarize the possible consequences of violating those obligations. Signed by Magistrate Judge Christian F. Hummel on 6/3/2024. (tab) [1:24–mj–00261–CFH] (Entered: 06/03/2024) |
| 06/03/2024 | | Text Minute Entry for proceedings held before Magistrate Judge Christian F. Hummel: Detention Hearing as to Kris Roglieri held on 6/3/2024. Appearances by AFPD Jeremy Sporn for the defendant; AUSA Joshua Rosenthal and AUSA Michael Barnett for the government; USPO Amy Brancatelli, present. The government moves for detention as a danger to the community and agrees with the recommendation of pretrial services for detention. Defense argues for release. After arguments are heard, the Court detains defendant as a danger o the community and Deft is remanded to the custody of the |

| | | |
|---|---|---|
| | | U.S. Marshal. Defense also waives the preliminary hearing at this time, reserving the right to request a hearing at a later date if it becomes necessary. (Court Reporter Jacqueline Stroffolino)[3:13pm–4:05pm] (tab) [1:24–mj–00261–CFH] (Entered: 06/03/2024) |
| 06/03/2024 | 11 | ORDER OF DETENTION as to Kris Roglieri. Signed by Magistrate Judge Christian F. Hummel on 6/3/2024. (tab) [1:24–mj–00261–CFH] (Entered: 06/04/2024) |
| 06/05/2024 | 12 | Arrest Warrant Returned Executed on 5/31/2024, in case as to Kris Roglieri (mmg). [1:24–mj–00261–CFH] (Entered: 06/05/2024) |
| 06/11/2024 | 13 | STIPULATION by USA to exclude Speedy Trial Act time (Rosenthal, Joshua) [1:24–mj–00261–CFH] (Entered: 06/11/2024) |
| 06/11/2024 | 14 | NOTICE OF ATTORNEY APPEARANCE: Matthew E. Trainor appearing for Kris Roglieri (Trainor, Matthew) [1:24–mj–00261–CFH] (Entered: 06/11/2024) |
| 06/12/2024 | 15 | ORDER APPROVING THE STIPULATION TO CONTINUE – Ends of Justice as to Kris Roglieri. Time excluded from 6/12/2024 until 8/11/2024. Signed by Magistrate Judge Christian F. Hummel on 6/12/2024. (egr) [1:24–mj–00261–CFH] (Entered: 06/12/2024) |
| 07/12/2024 | 16 | SEALED DOCUMENT – maintained in Clerk's Office and not available for electronic viewing (tab) (tab, ). [1:24–mj–00261–CFH] (Entered: 07/12/2024) |
| 07/13/2024 | 17 | Letter from Matthew E. Trainor as to Kris Roglieri requesting a new detention hearing (Trainor, Matthew) [1:24–mj–00261–CFH] (Entered: 07/13/2024) |
| 07/15/2024 | 18 | TRANSCRIPT REQUEST by USA as to Kris Roglieri for proceedings held on 5/31/24 and 6/3/24 before Judge Christian F. Hummel. (Rosenthal, Joshua) [1:24–mj–00261–CFH] (Entered: 07/15/2024) |
| 07/15/2024 | 19 | Letter from USA as to Kris Roglieri requesting deadline for government's opposition to Dkt. # 17 (Rosenthal, Joshua) [1:24–mj–00261–CFH] (Entered: 07/15/2024) |
| 07/15/2024 | 20 | NOTICE OF ATTORNEY APPEARANCE: Jeremy B. Sporn appearing for Kris Roglieri as co–counsel with/for Attorney: with Matthew Trainor (Sporn, Jeremy) [1:24–mj–00261–CFH] (Entered: 07/15/2024) |
| 07/18/2024 | 21 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings as to Kris Roglieri: Detention Hearing held on 6/3/2024 before Judge Christian F. Hummel, Court Reporter: Jacqueline Stroffolino, Telephone number: 518–257–1894. **IMPORTANT NOTICE – REDACTION OF TRANSCRIPTS:** In order to remove personal identifier data from the transcript, a party must electronically file a Notice of Intent to Request Redaction with the Clerk's Office within 5 business days of this date. The policy governing the redaction of personal information is located on the court website at www.nynd.uscourts.gov. Read this policy carefully. If no Notice of Intent to Redact is filed within 5 business days of this date, the court will assume redaction of personal identifiers is not necessary and the transcript will be made available on the web 90 days from today's date. Transcript may be viewed at the court public terminal or purchased through the Court Reporter before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 8/8/2024. Redacted Transcript Deadline set for 8/19/2024. Release of Transcript Restriction set for 10/16/2024. Notice of Intent to Redact due by 7/23/2024 (jxs, ) [1:24–mj–00261–CFH] (Entered: 07/18/2024) |
| 07/19/2024 | 22 | Letter from defense counsel as to Kris Roglieri opposing Government request for additional briefing time (Sporn, Jeremy) [1:24–mj–00261–CFH] (Entered: 07/19/2024) |
| 07/19/2024 | 23 | Letter from USA as to Kris Roglieri regarding defense's letter at Dkt. # 22 (Rosenthal, Joshua) [1:24–mj–00261–CFH] (Entered: 07/19/2024) |
| 07/22/2024 | 24 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings as to Kris Roglieri: FTR–recorded Initial Appearance held on 5/31/2024 before Judge Christian F. Hummel, Court Reporter/Transcriber: Jacqueline Stroffolino, Telephone number: 518–257–1894. **IMPORTANT NOTICE – REDACTION OF TRANSCRIPTS:** In order to remove personal identifier data from the transcript, a party must electronically |

| | | |
|---|---|---|
| | | file a Notice of Intent to Request Redaction with the Clerk's Office within 5 business days of this date. The policy governing the redaction of personal information is located on the court website at www.nynd.uscourts.gov. Read this policy carefully. If no Notice of Intent to Redact is filed within 5 business days of this date, the court will assume redaction of personal identifiers is not necessary and the transcript will be made available on the web 90 days from today's date. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 8/12/2024. Redacted Transcript Deadline set for 8/22/2024. Release of Transcript Restriction set for 10/21/2024. Notice of Intent to Redact due by 7/29/2024 (jxs, ) [1:24–mj–00261–CFH] (Entered: 07/22/2024) |
| 07/22/2024 | 25 | Letter from William J. Dreyer as to Kris Roglieri request to allow limited appearance (Dreyer, William) [1:24–mj–00261–CFH] (Entered: 07/22/2024) |
| 07/23/2024 | 26 | Letter from USA as to Kris Roglieri requesting limited sealing of government's letter in opposition to Dkt. # 17 (Attachments: # 1 Redacted Version of Government's Letter in Opposition to Dkt. # 17)(Rosenthal, Joshua) (Additional attachment(s) added on 7/30/2024: # 2 Un–redacted version of opposition letter) (tab, ). [1:24–mj–00261–CFH] (Entered: 07/23/2024) |
| 07/26/2024 | 27 | Letter from USA as to Kris Roglieri correction to page six of Dkt. # 26–1 (Rosenthal, Joshua) [1:24–mj–00261–CFH] (Entered: 07/26/2024) |
| 07/26/2024 | 28 | TEXT ORDER as to Kris Roglieri: Defendant's Reply to Response to Motion [Dkt. no. 17] is due by 5:00pm on 7/29/2024. Authorized by Magistrate Judge Christian F. Hummel on 7/26/2024. (tab) [1:24–mj–00261–CFH] (Entered: 07/26/2024) |
| 07/29/2024 | 30 | Letter from Defense counsel, as to Kris Roglieri, requesting to seal Reply to Opposition (Attachments: # 1 Redacted Reply)(tab) (Additional attachment(s) added on 7/30/2024: # 2 Un–redacted version of reply to opposition) (tab, ). [1:24–mj–00261–CFH] (Entered: 07/30/2024) |
| 07/30/2024 | 29 | TEXT ORDER granting 26 Letter from USA as to Kris Roglieri, requesting limited sealing of government's letter in opposition to Dkt. # 17 : The Court directs to file the un–redacted version, under seal, as an attachment to Dkt. no. 26 . Authorized by Magistrate Judge Christian F. Hummel on 7/30/2024.(tab) [1:24–mj–00261–CFH] (Entered: 07/30/2024) |
| 07/30/2024 | 31 | TEXT ORDER granting 30 Letter from Defendant as to Kris Roglieri requesting to seal Reply to Opposition : Clerk is directed to file the Unredacted version, under seal, as an attachment in Dkt. no. 30 . Authorized by Magistrate Judge Christian F. Hummel on 7/30/2024.(tab) [1:24–mj–00261–CFH] (Entered: 07/30/2024) |
| 08/05/2024 | 32 | DECISION AND ORDER denying the # 17 Letter requesting a new detention hearing. Signed by Magistrate Judge Christian F. Hummel on 8/5/2024. (mmg). [1:24–mj–00261–CFH] (Entered: 08/05/2024) |
| 08/05/2024 | 33 | STIPULATION by USA to exclude Speedy Trial Act time (Rosenthal, Joshua) [1:24–mj–00261–CFH] (Entered: 08/05/2024) |
| 08/06/2024 | 34 | ORDER APPROVING THE STIPULATION TO CONTINUE – Ends of Justice as to Kris Roglieri. Time excluded from 8/6/2024 until 9/6/2024. Signed by Magistrate Judge Christian F. Hummel on 8/6/2024. (tab) [1:24–mj–00261–CFH] (Entered: 08/06/2024) |
| 09/19/2024 | 35 | INDICTMENT as to Kris Roglieri (2) count(s) 1–5. (egr) (Entered: 09/19/2024) |
| 09/19/2024 | | Text Minute Entry for proceedings held before Magistrate Judge Daniel J. Stewart:GRAND JURY makes a partial report and returns Indictment. Tally Sheet is ordered sealed. (Court Reporter: Sheila Sharp) (egr) (Entered: 09/19/2024) |
| 09/19/2024 | 38 | TEXT NOTICE TO COUNSEL FOR DEFENDANT:An Indictment dated September 19, 2024 regarding your client has been filed with the Court. In the event Defendant wishes to waive appearance at formal arraignment, the attached waiver must be signed by defendant and defendant's counsel, and electronically filed with the Court by 9/26/2024. If the Court does not receive the signed Waiver by that date, the Court will immediately schedule the arraignment of your client with little advance notice due to |

| | | Speedy Trial issues. (egr) (Entered: 09/19/2024) |
|---|---|---|
| 09/20/2024 | 39 | NOTICE OF ATTORNEY APPEARANCE: Elizabeth A. Conger appearing for USA as co–counsel with Attorney Joshua Rosenthal and Michael Barnett *for the forfeiture aspect of the case.* (Conger, Elizabeth) (Entered: 09/20/2024) |
| 09/27/2024 | 40 | NOTICE OF HEARING as to Kris Roglieri: Arraignment set for 9/30/2024 at 2:00 PM in Albany before Magistrate Judge Daniel J. Stewart. (egr) (Entered: 09/27/2024) |
| 09/27/2024 | 41 | WAIVER of Personal Appearance at Arraignment and Entry of Plea of Not Guilty by Kris Roglieri (Trainor, Matthew) (Entered: 09/27/2024) |
| 09/30/2024 | 42 | ORDER as to Kris Roglieri approving 41 Waiver of Presence at Arraignment filed by Kris Roglieri. Signed by Magistrate Judge Christian F. Hummel on 9/30/2024. (tab) (Entered: 09/30/2024) |
| 09/30/2024 | 43 | CRIMINAL PRETRIAL SCHEDULING ORDER as to Kris Roglieri. Motions to be filed by 10/28/2024. Jury Trial set for 12/2/2024 @ 9:30 AM in Albany before U.S. District Judge Mae A. D'Agostino. Signed by Magistrate Judge Christian F. Hummel on 9/30/2024. (tab) (Entered: 09/30/2024) |
| 10/02/2024 | 44 | STIPULATION by USA to exclude Speedy Trial Act time (Attachments: # 1 Proposed Order/Judgment)(Rosenthal, Joshua) (Entered: 10/02/2024) |
| 10/03/2024 | 45 | Stipulation and ORDER TO CONTINUE – Ends of Justice as to Kris Roglieri Time excluded from 10/3/24 until 12/31/24: The Jury Trial is set for 2/24/2025 at 09:30 AM in Albany before U.S. District Judge Mae A. D'Agostino; The Final Pretrial Conference is set for 2/18/2025 at 10:00 AM in Albany before U.S. District Judge Mae A. D'Agostino; Pretrial Submissions due by 2/10/2025; A change of plea shall be entered on or before 2/7/25; Motions to be filed by 1/17/2025, and shall be made returnable ON SUBMIT; Discovery by USA due 1/3/25; Reciprocal Discovery by the defendant due 1/10/25.Signed by U.S. District Judge Mae A. D'Agostino on 10/3/24. (ban) (Entered: 10/07/2024) |
| 10/25/2024 | 46 | NOTICE OF ATTORNEY APPEARANCE: Melissa O'Brien Rothbart appearing for USA as co–counsel with Attorney Joshua Rosenthal and Michael Barnett *for the monetary penalty aspect of the case* (Rothbart, Melissa) (Entered: 10/25/2024) |
| 10/25/2024 | 47 | Medical Records filed as to Kris Roglieri (Trainor, Matthew) (Entered: 10/25/2024) |
| 10/25/2024 | 48 | Letter from Matthew E. Trainor as to Kris Roglieri requesting reopening of detention hearing (Attachments: # 1 Exhibit(s) Redacted Release & Treatment Plan)(Trainor, Matthew) (Additional attachment(s) added on 11/7/2024: # 2 Exhibit 1–Unredacted) (tab, ). (Entered: 10/25/2024) |
| 10/25/2024 | 49 | Letter from USA as to Kris Roglieri requesting deadline to oppose Dkt. # 48 (Rosenthal, Joshua) (Entered: 10/25/2024) |
| 10/25/2024 | 50 | TEXT ORDER granting 49 Letter Request from the government re: response deadline to 48 Letter from Matthew E. Trainor as to Kris Roglieri requesting reopening of detention hearing : The government's Response to Motion is due by 11/1/2024. Authorized by Magistrate Judge Christian F. Hummel on 10/25/2024.(tab) (Entered: 10/25/2024) |
| 11/01/2024 | 51 | Letter from USA as to Kris Roglieri requesting limited sealing of government's letter in opposition to Dkt. # 48 (Attachments: # 1 Redacted Version of Government's Letter in Opposition to Dkt. # 48)(Rosenthal, Joshua) (Additional attachment(s) added on 11/5/2024: # 2 Un–redacted version of opposition letter) (tab, ). (Entered: 11/01/2024) |
| 11/04/2024 | 52 | Letter from Matthew E. Trainor as to Kris Roglieri requesting opportunity to reply to govt response (Trainor, Matthew) (Entered: 11/04/2024) |
| 11/05/2024 | 53 | TEXT ORDER granting 52 Letter Requesting permission to file a reply. RE 48 Letter from Matthew E. Trainor as to Kris Roglieri requesting reopening of detention hearing : Reply to Response to Motion due by 11/6/2024. Authorized by Magistrate Judge Christian F. Hummel on 11/5/2024.(tab) (Entered: 11/05/2024) |
| 11/05/2024 | 54 | TEXT ORDER granting 51 Letter requesting limited sealing of government's letter in opposition to Dkt. # 48, as to Kris Roglieri (1). Authorized by Magistrate Judge |

| | | |
|---|---|---|
| | | Christian F. Hummel on 11/5/2024.(tab) (Entered: 11/05/2024) |
| 11/06/2024 | 55 | Letter from Matthew E. Trainor as to Kris Roglieri in reply to government's letter in opposition Dkt #51 (Attachments: # 1 Exhibit(s))(Trainor, Matthew) (Additional attachment(s) added on 11/7/2024: # 2 Un–redacted version of reply to opposition) (tab, ). (Main Document 55 replaced on 11/7/2024) (tab, ). (Entered: 11/06/2024) |
| 11/15/2024 | 56 | TEXT ORDER granting (in part) 48 Letter Requesting to re–open a detention hearing, as to Kris Roglieri (1): A Hearing is now set for Friday, 11/22/2024 @ 1:30 PM in Albany. The Court will first hear arguments to determine whether or not Defendant can demonstrate changed circumstances that warrant a new detention hearing. If the Court grants the request for a new detention hearing, the hearing will be immediately held. Where applicable, the government is directed to make their best efforts to see that any known crime victims are notified of, and accorded, the rights described in 18 U.S.C. section 3771(a) including, but not limited to the scheduling of public court proceedings. So Ordered. Authorized by Magistrate Judge Christian F. Hummel on 11/15/2024.(tab) (Entered: 11/15/2024) |
| 11/22/2024 | | Text Minute Entry for proceedings held before Magistrate Judge Christian F. Hummel: Detention Hearing as to Kris Roglieri held on 11/22/2024. Appearances by AFPD Matt Trainor and AFPD Jeremy Sporn, for the defendant; AUSA Joshua Rosenthal and AUSA Michael Barnett for the government. USPO Amy Brancatelli, present. Arguments are heard on the issue of whether or not Defense has met it's burden to warrant the re–opening of a detention hearing. The Court rules in favor of Defendant and grants the motion to re–open the detention hearing, Due to congestion in the Court's calendar, that hearing cannot proceed immediately and is reset for 11/25/2024 @ 2:00pm. Defendant is remanded. (Court Reporter Lisa Tennyson)[1:38pm–2:17pm] (tab) (Entered: 11/25/2024) |
| 11/25/2024 | 57 | COURT NOTICE OF HEARING as to Kris Roglieri: A Detention Hearing is now set for 11/25/2024 @ 2:00 PM in Albany before Magistrate Judge Christian F. Hummel. The hearing will be held in Courtroom #6, 1st floor.(tab) (Entered: 11/25/2024) |
| 11/25/2024 | | Text Minute Entry for proceedings held before Magistrate Judge Christian F. Hummel: Detention Hearing as to Kris Roglieri held on 11/25/2024. Appearances by AFPD Matt Trainor and AFPD Jeremy Sporn, for the defendant; AUSA Joshua Rosenthal and AUSA Michael Barnett for the government. USPO Amy Brancatelli, present. Defense calls Dr. Colistra (appearing virtually) who is sworn and is questioned on direct, cross and redirect. Arguments continue by proffer by both sides. The Court finds defendant to not be a risk of flight, but does find him to continue to be a danger to the community. Defendant remains detained and in the custody of the U.S. Marshal. (Court Reporter Lisa Mazzei)[2:00pm–4:45pm] (tab) (Entered: 11/26/2024) |
| 11/26/2024 | 58 | TEXT ORDER as to Kris Roglieri: After arguments were heard during the renewed detention hearing on 11/25/2024, the Court finds that the Defendant remains a danger to the community for the reasons stated at the conclusion of the hearing. The Defendant shall remain detained in the custody of the U.S. Marshal pending trial. So Ordered. Authorized by Magistrate Judge Christian F. Hummel on 11/26/2024. (tab) (Entered: 11/26/2024) |
| 12/04/2024 | 59 | TRANSCRIPT REQUEST *detention hearing* by Kris Roglieri for proceedings held on 11/25/2024 before Judge Hummel. (Trainor, Matthew) (Entered: 12/04/2024) |
| 12/06/2024 | 60 | APPEAL OF MAGISTRATE JUDGE – PRETRIAL ORDER to District Court by Kris Roglieri re 58 Order, (Trainor, Matthew) (Entered: 12/06/2024) |
| 12/11/2024 | | TEXT NOTICE SETTING DEADLINES re 60 APPEAL OF MAGISTRATE JUDGE – PRETRIAL ORDER to District Court by Kris Roglieri re 58 Order: The Appeal of Magistrate Judge – Pretrial Order to District Court was filed in this case on 12/6/24 [Dkt. no. 60]; The Defendant's Brief in Support of that Appeal is to be filed on or before 12/20/24. The Government's responsive brief will be due on or before 1/3/2025. The motion will be decided on the submission of the papers only. NO personal appearances are necessary. (ban) (Entered: 12/11/2024) |
| 12/19/2024 | 61 | STIPULATION by USA to exclude Speedy Trial Act time (Attachments: # 1 Proposed Order/Judgment)(Rosenthal, Joshua) (Entered: 12/19/2024) |

| | | |
|---|---|---|
| 12/19/2024 | 62 | Stipulation and ORDER TO CONTINUE – Ends of Justice as to Kris Roglieri Time excluded from 12/19/24 until 3/18/25: The Jury Trial is reset for 5/19/2025 at 09:30 AM in Albany before U.S. District Judge Mae A. D'Agostino; The Final Pretrial Conference is set for 5/13/2025 at 10:00 AM in Albany before U.S. District Judge Mae A. D'Agostino; Pretrial Submissions due by 5/5/2025; A change of plea shall be entered on or before 5/2/25; Motions to be filed by 4/4/2025, and shall be made returnable ON SUBMIT; Discovery by USA due 3/21/25; Reciprocal Discovery by the defendant due 3/28/25. Signed by U.S. District Judge Mae A. D'Agostino on 12/19/24. (ban) (Entered: 12/19/2024) |
| 12/20/2024 | 63 | Letter from Matthew E. Trainor as to Kris Roglieri requesting additional time to file briefs (Trainor, Matthew) (Entered: 12/20/2024) |
| 12/20/2024 | 64 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings as to Kris Roglieri: Detention Hearing held on 11/25/2024 before Judge Christian F. Hummel, Court Reporter/Transcriber: Lisa M. Mazzei,Telephone number: (315) 266–1176. **IMPORTANT NOTICE – REDACTION OF TRANSCRIPTS:** In order to remove personal identifier data from the transcript, a party must electronically file a Notice of Intent to Request Redaction with the Clerk's Office within 5 business days of this date. The policy governing the redaction of personal information is located on the court website at www.nynd.uscourts.gov. Read this policy carefully. If no Notice of Intent to Redact is filed within 5 business days of this date, the court will assume redaction of personal identifiers is not necessary and the transcript will be made available on the web 90 days from today's date. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 1/10/2025. Redacted Transcript Deadline set for 1/21/2025. Release of Transcript Restriction set for 3/20/2025. Notice of Intent to Redact due by 12/26/2024 (Mazzei, Lisa) (Additional attachment(s) added on 12/20/2024: # 1 Sealed (Un–redacted) Transcript) (tab, ). (Entered: 12/20/2024) |
| 12/23/2024 | 65 | TEXT ORDER granting 63 Letter Request re 60 APPEAL OF MAGISTRATE JUDGE – PRETRIAL ORDER to District Court by Kris Roglieri re 58 Order: It is hereby ORDERED that the defendant's request for an extension of time to submit briefs re 60 Appeal of Magistrate Judge Pretrial Order, is GRANTED; Defense Brief due by 12/27/2024, Government Response due by 1/10/2025. Signed by U.S. District Judge Mae A. D'Agostino on 12/23/24.(ban) Modified on 12/23/2024 (ban). (Entered: 12/23/2024) |
| 12/27/2024 | 66 | MEMORANDUM OF LAW *in Support of Appeal of Pretrial Detention Order* (Attachments: # 1 Exhibit(s) Attorney Affirmation)(Trainor, Matthew) (Entered: 12/27/2024) |
| 01/10/2025 | 67 | RESPONSE in Opposition by USA as to Kris Roglieri re 60 APPEAL OF MAGISTRATE JUDGE – PRETRIAL ORDER to District Court by Kris Roglieri re 58 Order, *and Dkt. # 66* (Rosenthal, Joshua) (Entered: 01/10/2025) |
| 01/14/2025 | 68 | Letter from Matthew E. Trainor as to Kris Roglieri requesting to file a brief reply to government's response. (Trainor, Matthew) (Entered: 01/14/2025) |
| 01/15/2025 | 69 | TEXT ORDER granting 68 Letter Request for leave to file a reply re 60 APPEAL OF MAGISTRATE JUDGE – PRETRIAL ORDER to District Court by Kris Roglieri re 58 Order: It is hereby ORDERED that the defendant's request to file a reply brief is GRANTED; Reply brief due by 1/17/2025. Signed by U.S. District Judge Mae A. D'Agostino on 1/15/25.(ban) (Entered: 01/15/2025) |
| 01/17/2025 | 70 | REPLY TO RESPONSE to Motion by Kris Roglieri re 60 APPEAL OF MAGISTRATE JUDGE – PRETRIAL ORDER to District Court by Kris Roglieri re 58 Order, (Trainor, Matthew) (Entered: 01/17/2025) |
| 01/30/2025 | 71 | MEMORANDUM–DECISION AND ORDER denying 60 Appeal of Magistrate Judge Decision to District Court as to Kris Roglieri (1). Signed by U.S. District Judge Mae A. D'Agostino on 01/30/25.(ban) (Entered: 01/30/2025) |
| 01/31/2025 | 72 | Letter from USA as to Kris Roglieri requesting protective order (Rosenthal, Joshua) (Entered: 01/31/2025) |

| 01/31/2025 | 73 | PROTECTIVE ORDER granting 72 Letter Request for a Protective Order, as to Kris Roglieri (1). Signed by U.S. District Judge Mae A. D'Agostino on 01/31/2025.(ban) (Entered: 01/31/2025) |
|---|---|---|
| 02/05/2025 | 74 | NOTICE OF ATTORNEY APPEARANCE: James P. Egan appearing for Kris Roglieri as Co–Counsel with/for Attorney: Matthew Trainor, Esq. and Jeremy Sporn, Esq. (Egan, James) (Entered: 02/05/2025) |
| 02/05/2025 | 75 | NOTICE OF APPEAL (Interlocutory) by Kris Roglieri re 71 Order on Appeal of Magistrate Judge Decision to District Court. No fee paid. (Egan, James) (Entered: 02/05/2025) |
| 02/07/2025 | 76 | ELECTRONIC NOTICE AND CERTIFICATION as to Kris Roglieri sent to US Court of Appeals re 75 Notice of Appeal – Interlocutory. (ham) (Entered: 02/07/2025) |
| 03/12/2025 | 77 | STIPULATION by USA to exclude Speedy Trial Act time (Attachments: # 1 Proposed Order/Judgment)(Rosenthal, Joshua) (Entered: 03/12/2025) |
| 03/18/2025 | 78 | Stipulation and ORDER TO CONTINUE – Ends of Justice as to Kris Roglieri Time excluded from 3/18/25 until 6/15/25: The Jury Trial is set for 8/18/2025 at 09:30 AM in Albany before U.S. District Judge Mae A. D'Agostino; The Final Pretrial Conference is set for 8/12/2025 at 10:00 AM in Albany before U.S. District Judge Mae A. D'Agostino; Pretrial Submissions due by 7/28/2025; A change of plea shall be entered on or before 7/25/25; Motions to be filed by 7/11/2025, and shall be made returnable ON SUBMIT before Judge D'Agostino; Discovery by USA due 6/20/25; Reciprocal Discovery by the defendant due 6/27/25. Signed by U.S. District Judge Mae A. D'Agostino on 03/18/2025. (ban) (Entered: 03/18/2025) |
| 04/01/2025 | | TEXT NOTICE SETTING TELEPHONE PRETRIAL STATUS HEARING as to Kris Roglieri: A Telephone Pretrial Status Conference, to discuss a firm trial date in this case, is set for 4/14/2025 at 11:00 AM before U.S. District Judge Mae A. D'Agostino. Dial–in instructions will be provided to counsel.(ban) (Entered: 04/01/2025) |
| 04/02/2025 | 79 | NOTICE OF ATTORNEY APPEARANCE: Paul E. Shelton, Jr appearing for Kris Roglieri as co–counsel with/for Attorney: Jeremy Sporn (Shelton, Paul) (Entered: 04/02/2025) |
| 04/14/2025 | | TEXT Minute Entry for Telephone/TEAMS Pretrial Status Conference as to Kris Roglieri held on 4/14/2025 before U.S. District Judge Mae A. D'Agostino: Joshua Rosenthal, AUSA and Michael Barnett, AUSA for the Government; Jeremy Sporn, AFPD, Matthew Trainor, AFPD, and Paul Shelton, AFPD for the defendant; Defendant Roglieri appears with counsel Matthew Trainor, AFPD from the correctional facility; Scheduling and a firm trial date are discussed. Counsel are not ready to proceed with the current trial date. They believe another 4–5 months is necessary to get through discovery and prepare for trial. Counsel for the Government inform the Court that they intend to file a Superseding Indictment in the next 2 months or so. Judge D'Agostino asks that counsel not wait until too close to trial to supersede the indictment; The Government also informs the Court that discovery that would apply to superseding charges have already been provided to defense counsel. Defense counsel addresses the Court and indicates that they have been working with the correctional facility to make sure Mr. Roglieri is able to review discovery in his case. Counsel for the defendant need more time to prepare for trial, but believe they can be ready by December/January. Counsel for the Government believe that the trial will take 2–3 weeks.A FIRM trial date is set for January 5, 2026 at 9:30 a.m. in Albany. The parties will file another speedy trial stipulation to get to the January trial date. The January 5, 2026 trial date is a FIRM DATE and will NOT be adjourned.(Court Reporter Jackie Gecewicz, CRD Britney Norton [Time 11:00 a.m. – 11:15 a.m.]) (ban) Modified on 4/17/2025 (ban). (Entered: 04/16/2025) |
| 05/20/2025 | 80 | MANDATE of USCA [Issued on 05/20/2025] as to Kris Roglieri re 75 Notice of Appeal – Interlocutory filed by Kris Roglieri: Defendant–Appellant moves for release pending trial pursuant to 18 U.S.C. § 3145(c) and Federal Rule of Appellate Procedure 9(a). The government opposes the motion. Upon due consideration, it is hereby Ordered that the motion is Denied. (hmr) (Entered: 05/20/2025) |
| 05/20/2025 | | USCA Case Number as to Kris Roglieri 25–277 for 75 Notice of Appeal – Interlocutory filed by Kris Roglieri. (hmr) (Entered: 05/20/2025) |

| 06/12/2025 | 81 | STIPULATION by USA to Continuance and Proposed Exclusion of Speedy Trial Time (Attachments: # 1 Proposed Order/Judgment)(Barnett, Michael) (Entered: 06/12/2025) |
|---|---|---|
| 06/12/2025 | 82 | SUPERSEDING INDICTMENT as to Kris Roglieri (1) count(s) 1s, 2s–6s. (tab) (Entered: 06/13/2025) |
| 06/12/2025 | | Text Minute Entry for proceedings held before Magistrate Judge Daniel J. Stewart:GRAND JURY makes a partial report and returns Superseding Indictment. Tally Sheet is ordered sealed. (Court Reporter Austin Fridenberg) (tab) (Entered: 06/13/2025) |
| 06/13/2025 | 85 | COURT NOTICE as to Kris Roglieri re 82 Superseding Indictment: A Superseding Indictment, dated June 12th, 2025, regarding your client has been filed with the Court. In the event the Defendant wishes to waive his appearance at an Arraignment, both the Defendant and Defendants counsel must complete and electronically file the attached form with the Court by June 23, 2025. If the Court does not receive the form by the above date, the Court will IMMEDIATELY schedule the Arraignment of your client. (tab) (Entered: 06/13/2025) |
| 06/13/2025 | 86 | Stipulation and ORDER TO CONTINUE – Ends of Justice as to Kris Roglieri Time excluded from 6/15/25 until 1/5/26: The Jury Trial is set for 1/5/2026 at 09:30 AM in Albany before U.S. District Judge Mae A. D'Agostino; The Final Pretrial Conference is set for 12/22/2025 at 10:00 AM in Albany before U.S. District Judge Mae A. D'Agostino; Pretrial Submissions due by 12/12/2025; A change of plea shall be entered on or before 12/11/25; Motions to be filed by 11/14/2025, and shall be made returnable ON SUBMIT; Discovery by USA due 10/31/25; Reciprocal Discovery by the defendant due 11/7/25. Signed by U.S. District Judge Mae A. D'Agostino on 06/13/25. (ban) (Entered: 06/13/2025) |
| 06/13/2025 | 87 | TRIAL ORDER as to Kris Roglieri. The Jury trial is set for Monday, January 5, 2026 at 9:30 a.m. in Albany. Signed by the Honorable Mae A. D'Agostino, June 13, 2025. (ban) (Entered: 06/13/2025) |
| 06/23/2025 | 88 | WAIVER of Personal Appearance at Arraignment and Entry of Plea of Not Guilty by Kris Roglieri (Trainor, Matthew) (Entered: 06/23/2025) |
| 06/26/2025 | 89 | ORDER as to Kris Roglieri approving the 88 Waiver of Presence at Arraignment filed by Kris Roglieri. Signed by Magistrate Judge Daniel J. Stewart on 6/26/2025. (tab) (Entered: 06/26/2025) |
| 11/03/2025 | | TEXT NOTICE SETTING CHANGE OF PLEA HEARING as to Kris Roglieri: The Change of Plea Hearing as to Kris Roglieri is set for 11/13/2025 at 10:00 AM in Albany before U.S. District Judge Mae A. D'Agostino. (ban) (Entered: 11/03/2025) |
| 11/04/2025 | | Attorney update in case as to Kris Roglieri. Attorney Michael S. Barnett terminated. (ban) (Entered: 11/04/2025) |
| 11/04/2025 | | TEXT NOTICE RE–SETTING CHANGE OF PLEA HEARING as to Kris Roglieri (Time Change ONLY): At the request of defense counsel, the Change of Plea Hearing as to Kris Roglieri is reset for 11/13/2025 at 11:00 AM in Albany before U.S. District Judge Mae A. D'Agostino. (ban) (Entered: 11/04/2025) |
| 11/13/2025 | 90 | PLEA AGREEMENT as to Kris Roglieri. (ban) (Entered: 11/13/2025) |
| 11/13/2025 | | TEXT Minute Entry for Change of Plea Hearing as to Kris Roglieri held on 11/13/2025 before U.S. District Judge Mae A. D'Agostino: Appearances by Joshua Rosenthal, AUSA for the Government with John Sarcone, Acting US Attorney; Jeremy Sporn, AFPD and Matthew Trainor, AFPD for the defendant; The defendant is sworn and questioned by the Court; A written plea agreement is handed up for filing; The defendant is questioned by the Court – the defendant acknowledges receipt and review of the Superseding Indictment and acknowledges that the superseding indictment has been reviewed with counsel; The parties waive a formal reading of the superseding indictment; Plea entered by Kris Roglieri (1) Guilty Count 1s of the Superseding Indictment; The defendant acknowledges and admits to the first forfeiture allegation contained within the superseding indictment; Counsel for the Government addresses the Court regarding the factual basis for the plea, guidelines, maximum penalties, and stipulations; The defendant and defense counsel are further questioned |

| | | |
|---|---|---|
| | | by the Court– the defendant waives his right to appeal any sentence of 70 months or less; Counsel for the defendant addresses the Court; The written Plea Agreement is Accepted as to Kris Roglieri; The Court accepts the defendant's plea of GUilty to Count 1 of the Superseding Indictment and his admission to forfeiture; The Court directs probation to prepare and submit a presentence investigation report; Sentencing is set for March 11, 2026 at 10:00 a.m. in Albany; the defendant is remanded pending sentencing. (Court Reporter Jackie Gecewicz, CRD Britney Norton [Time 11:02 a.m. – 11:45 a.m.]) (ban) (Entered: 11/13/2025) |
| 11/13/2025 | 91 | GUIDELINE ORDER as to Kris Roglieri: The Sentencing of Kris Roglieri is set for 3/11/2026 at 10:00 AM in Albany before U.S. District Judge Mae A. D'Agostino. Government Sentencing Memo Deadline 2/18/2026, Defendant Sentencing Memo Deadline 2/18/2026. Signed by U.S. District Judge Mae A. D'Agostino on 11/13/25. (ban) (Entered: 11/13/2025) |
| 01/22/2026 | 92 | Letter from USA as to Kris Roglieri requesting adjournment of sentencing (Rosenthal, Joshua) (Entered: 01/22/2026) |
| 01/23/2026 | 93 | TEXT ORDER granting 92 Letter Request to adjourn sentencing, as to Kris Roglieri (1): It is hereby ORDERED that the joint request to adjourn the sentencing of Kris Roglieri is GRANTED; The Sentencing is reset for 4/3/2026 at 11:30 AM in Albany before U.S. District Judge Mae A. D'Agostino. Defendant Sentencing Memo Deadline 3/16/2026, Government Sentencing Memo Deadline 3/16/2026. Signed by U.S. District Judge Mae A. D'Agostino on 01/23/2026.(ban) (Entered: 01/23/2026) |
| 02/13/2026 | 94 | Letter from Melissa Rothbart as to Kris Roglieri requesting that the proposed Preliminary Order of Forfeiture be signed and filed; (Attachments: # 1 Proposed Preliminary Order of Forfeiture)(Rothbart, Melissa) (Entered: 02/13/2026) |
| 02/23/2026 | 95 | PRESENTENCE INVESTIGATION REPORT – INITIAL DISCLOSURE [LODGED] as to Kris Roglieri. The Presentence Investigation Report in this matter is now available for review. Any objections to the report shall be served on the Probation Office within 14 days of this notice, by mailing a hard copy to the Probation Officer. Please contact the probation officer who prepared the report if you have any questions.**[This document has been electronically lodged with the Court and is viewable by ONLY the attorney for the government, the attorney for the defendant, and the presiding judge. It is not a filed document, therefore is not available for public inspection. Any further distribution or dissemination is prohibited.]** (baa, ) (Entered: 02/23/2026) |
| 02/24/2026 | 96 | PRELIMINARY ORDER OF FORFEITURE FOR SPECIFIC PROPERTY granting 94 Letter Request, as to Kris Roglieri (1). Signed by U.S. District Judge Mae A. D'Agostino on 02/24/2026.(ban) (Entered: 02/24/2026) |
| 03/05/2026 | 97 | NOTICE OF ATTORNEY APPEARANCE: Jeffrey Brown appearing for USA as co–counsel with Attorney Joshua R. Rosenthal *for the forfeiture aspect of the case* (Brown, Jeffrey) (Entered: 03/05/2026) |
| 03/09/2026 | 98 | Letter from Jeffrey D. Brown as to Kris Roglieri requesting that the proposed Amended Preliminary Order of Forfeiture be signed and filed; (Attachments: # 1 Proposed Amended Preliminary Order of Forfeiture)(Brown, Jeffrey) (Entered: 03/09/2026) |
| 03/16/2026 | 99 | SENTENCING MEMORANDUM by USA as to Kris Roglieri (Attachments: # 1 Exhibit(s) Ex. A, # 2 Exhibit(s) Ex. B)(Rosenthal, Joshua) (Entered: 03/16/2026) |
| 03/16/2026 | 100 | SENTENCING MEMORANDUM by Kris Roglieri (Attachments: # 1 Exhibit(s) A (ICA Credit), # 2 Exhibit(s) B (screenshot), # 3 Exhibit(s) C (joint venture agreement), # 4 Exhibit(s) D (trade agreement), # 5 Exhibit(s) E (emails), # 6 Exhibit(s) F (emails), # 7 Exhibit(s) G (notes), # 8 Exhibit(s) H (emails), # 9 Exhibit(s) I (email), # 10 Exhibit(s) J (email), # 11 Exhibit(s) K (bank records), # 12 Exhibit(s) L (emails), # 13 Exhibit(s) M (emails), # 14 Exhibit(s) N (emails), # 15 Exhibit(s) O (emails), # 16 Exhibit(s) P (text messages), # 17 Exhibit(s) Q (emails), # 18 Exhibit(s) R (emails), # 19 Exhibit(s) S (fake account statements), # 20 Exhibit(s) T (actual account statements), # 21 Exhibit(s) T–1 (emails), # 22 Exhibit(s) U (text messages), # 23 Exhibit(s) V (text messages), # 24 Exhibit(s) W (FBI website screenshot), # 25 Exhibit(s) X (emails))(Sporn, Jeremy) (Entered: 03/16/2026) |

| 03/16/2026 | 103 | CHARACTER LETTER(S) RE: SENTENCING submitted via MFT on 3/16/2026 by Defense Counsel as to Defendant Kris Roglieri. (hmr) (Entered: 03/17/2026) |
|---|---|---|
| 03/17/2026 | 101 | Letter from defense counsel as to Kris Roglieri requesting permission to file sentencing memorandum in excess of page limitations (Sporn, Jeremy) (Entered: 03/17/2026) |
| 03/17/2026 | 102 | PRESENTENCE INVESTIGATION REPORT – FINAL DISCLOSURE [LODGED] as to Kris Roglieri. The final version of the Presentence Investigation Report, including all revisions and the most recent Addendum is now available for review. This version of the report will be used by the Court at the time of sentencing. **[This document has been electronically lodged with the Court and is viewable by ONLY the attorney for the government, the attorney for the defendant, and the presiding judge. Any further distribution or dissemination is prohibited.]** (anp, ) (Entered: 03/17/2026) |
| 03/18/2026 | 104 | TEXT ORDER granting 101 Letter from defense counsel as to Kris Roglieri requesting permission to file sentencing memorandum in excess of page limitations: The parties' sentencing memoranda were due on March 16, 2026. At 7:34 P.M., on the day they were due, Defense counsel filed a 45–page sentencing memorandum and 336 pages of exhibits. See Dkt. No. 100. The following day, on March 17, 2026, Defense counsel filed a letter asking the Court for permission "to file the sentencing memorandum on Mr. Roglieri's behalf in excess of the standard page limits." Dkt. No. 101. The Court's Guideline Order, issued on November 13, 2025, clearly states that sentencing memoranda shall "not exceed[] 10 pages in length." Dkt. No. 91. Defense counsel is well aware of the Court's rules. The Court would be hard pressed to believe that counsel drafted his sentencing memorandum in one afternoon, the day the submission was due. It is likely he knew his submission would exceed the Court's page limitation well before it was submitted. Defense counsel's submission is not a minor blunder wherein the page limitation is 10, and the submission is 11 pages. Defense counsel's submission exceeds the Court's ordered page limitation by 35 pages. It is not a mistake or oversight but a blatant disregard of this Court's rules. Even still, the Court often has and will grant attorneys permission to file an oversized memorandum. The request to make such a filing should not, however, come AFTER the filing has already been docketed. The Court will nevertheless GRANT Defense counsel's untimely request to file the oversized memorandum that has already been filed. Should Defense counsel or anyone in his office file an oversized sentencing memorandum in any future criminal action without the Court's prior approval, the filing will be automatically stricken without further order of the Court. Signed by U.S. District Judge Mae A. D'Agostino on 03/18/26.(ban) (Entered: 03/18/2026) |
| 03/20/2026 | 105 | AMENDED PRELIMINARY ORDER OF FORFEITURE FOR SPECIFIC PROPERTY AND MONEY JUDGMENT granting 98 Letter Request, as to Kris Roglieri (1). Signed by U.S. District Judge Mae A. D'Agostino on 03/20/2026.(ban) (Entered: 03/20/2026) |
| 03/23/2026 | 106 | Certificate of Service by USA as to Kris Roglieri *of a copy of the Executed Amended Preliminary Order of Forfeiture, Notice to Potential Claimant and the 21 U.S.C. § 853 statute via United States Postal Service, regular mail upon all known potential claimants and/or their attorney representatives;* (Brown, Jeffrey) (Entered: 03/23/2026) |
| 03/23/2026 | 107 | Supplemental SENTENCING MEMORANDUM by Kris Roglieri (Attachments: # 1 Exhibit K–A, # 2 Exhibit Y)(Sporn, Jeremy) (Entered: 03/23/2026) |
| 03/27/2026 | 108 | Letter from defense counsel as to Kris Roglieri requesting permission to file short supplemental letter advising of recent developments (Sporn, Jeremy) (Entered: 03/27/2026) |
| 03/27/2026 | 109 | PROCESS RECEIPT AND RETURN of USM Returned Executed on 03/23/2026: Please arrest the following property and place it in your custody: CATS #24–FBI–002522 (2022 Mercedes Benz, VIN#: WlNYC8AJXNX445045); CATS #24–FBI–002492 (1982 Mercedes Benz 500SL, VIN#: WDB10704612001675); CATS #24–FBI–002500 (1989 Mercedes Benz 560 SEL, VIN#: WDB1260391A497466); CATS #24–FBI–002501 (2007 Mercedes Benz SLR McLaren, VIN #: WDDAJ76F27M001391 ); CATS #24–FBI–002513 (2004 Porsche Carrera – Remarks: 24–FBI–002500, 002501, 002515, 002523 in USMS custody |

| | | |
|---|---|---|
| | | since 2/27/2024. 24–FBI–002492, 002512, 002513, 002516, 002518, 002521, 002522 in USMS custody since 3/5/2024. 24–FBI–003141 in USMS custody since 3/26/2024.(hmr) (Entered: 03/27/2026) |
| 03/27/2026 | 110 | PROCESS RECEIPT AND RETURN of USM Returned Executed on 03/23/2026: Please arrest the following property and place it in your custody: CATS #24–FBI–008286 (Richard Mille RM0l1 Watch with serial number 2722); CATS #24–FBI–008287 (Richard Mille RM 65–01 Watch); CATS #24–FBI–007495 (Rolex Watch; Serial Number 16JV1686); CATS #24–FBI–008288 (Rolex Watch, Serial Number: Y74R6549); CATS #24–FBI–008289 –(Rolex Watch, Serial Number: 7P65S042); CATS #24–FBI–008290 (Rolex Watch, Serial Number: 0WU66577); CATS – Remarks: 24–FBI–002524 in USMS custody since 3/18/2024. All others in USMS custody since 9/23/2025. (hmr) (Entered: 03/27/2026) |
| 03/27/2026 | 111 | PROCESS RECEIPT AND RETURN of USM Returned Executed on 03/23/2026: Please arrest the following property and place it in your custody: CATS #24–FBI–003945 ($223,365.00 in U.S. currency seized from Thread Bank Account ending 7554 held in the name of ABBJ, LLC); CATS #24–FBI–003939 ($467,810.00 in U.S. currency seized from Thread Bank Account ending 1832 held in the name of Capital Investments US, LLC); CATS #24–FBI–005419 (U.S. Currency in the amount of $72,825.83). Remarks: 24–FBI–005419 in USMS custody since 7/2/2024. Others in USMS custody since 5/13/2024. (hmr) (Entered: 03/27/2026) |
| 03/30/2026 | 112 | TEXT ORDER granting 108 Letter Request for leave to file a supplemental sentencing letter, as to Kris Roglieri (1): It is hereby ORDERED that defense counsel's request for leave to file a 2–page supplemental sentencing letter is GRANTED. The defense may file a letter, not to exceed 2 pages, by 5:00 p.m. on 3/30/26. Signed by U.S. District Judge Mae A. D'Agostino on 03/30/2026.(ban) (Entered: 03/30/2026) |
| 03/30/2026 | 113 | Letter from defense counsel as to Kris Roglieri sentencing (Sporn, Jeremy) (Entered: 03/30/2026) |
| 03/31/2026 | 114 | Second SENTENCING MEMORANDUM by USA as to Kris Roglieri (Attachments: # 1 Exhibit(s) Ex. A)(Rosenthal, Joshua) (Entered: 03/31/2026) |
| 04/02/2026 | 115 | Letter from Matthew E. Trainor as to Kris Roglieri Restitution (Trainor, Matthew) (Entered: 04/02/2026) |
| 04/03/2026 | | TEXT Minute Entry for Sentencing held on 4/3/2026 for Kris Roglieri (1), before U.S. District Judge Mae A. D'Agostino: Appearances by Joshua Rosenthal, AUSA for the Government; Jeremy Sporn, AFPD, Matthew Trainor, AFPD, and Paul Shelton, AFPD for the defendant; and PO Sheffer; Judge D'Agostino inquires of counsel regarding review of the presentence investigation report and objections; The Court addresses all objections raised by defense counsel – All objections are over–ruled for the reasons placed on the record; Counsel for the Government addresses the Court and requests a high–end guideline sentence be imposed with a term of supervised release to follow; Counsel for the defendant addresses the Court and requests a sentence of 4–6 years imprisonment. The defense further requests that the Court recommend to the BOP that the defendant be placed at FCI Otisville; Counsel for the defense further addresses the Court regarding Restitution in this matter. The parties have come to an agreement on restitution as to Victims 1 through 8 – Restitution for victims 1–8 is placed on the record – V–1 $50,000.00; V–2 $3,035,000.00; V–3 $25,000.00; V–4 $5,875,000.00; V–5 $100,000.00; V–6 $50,000.00; V–7 $70,000.00; V–8 $12,275,100.00; The Court gives the parties 2–weeks to brief the restitution matter as to V–9 (Briefs due 4/17/26); The defendant addresses the Court; The Court proceeds with sentencing – The defendant is sentenced on Count 1s of the Superseding Indictment to the custody of the Bureau of Prisons to be imprisoned for a term of 97 months; The Court recommends that the defendant be placed in a facility as close to Glens Falls, NY as possible; 3–years Supervised Release to follow, with standard and special conditions; The Court adopts the standard and special conditions and make them a part of the record; Justifications for the standard and special conditions are placed on the record; The parties waive a formal reading of the standard and special conditions; Restitution is ordered as to Victims 1–8, as stated on the record; Restitution as to V–9 will be determined after further briefing by counsel; NO Fine; $100.00 Special Assessment; Forfeiture pursuant to the preliminary order of forfeiture; Parties advised of appeal rights (waiver of appeal of 70 months or less); The Government moves to dismiss |

| | | |
|---|---|---|
| | | Counts 2s through 6 of the Superseding Indictment – the Governments motion is Granted. The defendant is remanded.(Court Reporter Lisa Tennyson, CRD Britney Norton [Time 11:34 a.m. – 1:20 p.m.]) (ban) (Entered: 04/03/2026) |
| 04/06/2026 | 116 | JUDGMENT as to Kris Roglieri (1): The defendant is sentenced on Count 1s of the Superseding Indictment to the custody of the Bureau of Prisons to be imprisoned for a term of 97 months; The Court recommends that the defendant be placed in a facility as close to Glens Falls, NY as possible; 3–years Supervised Release to follow, with standard and special conditions; Restitution is ordered; NO Fine; $100.00 Special Assessment; Forfeiture pursuant to the preliminary order of forfeiture; Count(s) 2s–6s, Dismissed on Government motion. Signed by U.S. District Judge Mae A. D'Agostino on 04/06/2026.(Copies served upon other agencies as directed – USM) (ban) (Entered: 04/06/2026) |
| 04/06/2026 | 117 | STATEMENT OF REASONS [LODGED] as to Kris Roglieri **[This document has been electronically lodged with the Court and is viewable by ONLY the attorney for the government, the attorney for the defendant, and the presiding judge. It is not a filed document, therefore is not available for public inspection. Any further distribution or dissemination is prohibited.]** (amt) (Entered: 04/06/2026) |
| 04/06/2026 | 118 | VICTIM/RESTITUTION LIST [LODGED] as to Kris Roglieri **[This document has been electronically lodged with the Court. It is not a filed document, therefore is not available for public inspection. Any further distribution or dissemination is prohibited.]** (amt) (Entered: 04/06/2026) |
| 04/13/2026 | 119 | NOTICE OF ATTORNEY APPEARANCE: James P. Egan appearing for Kris Roglieri as Co–Counsel with/for Attorney: Jeremy B. Sporn, Esq., Matthew Trainor, Esq. and Paul Shelton, Esq. (Egan, James) (Entered: 04/13/2026) |
| 04/13/2026 | 120 | NOTICE OF APPEAL by Kris Roglieri re 116 Judgment,, No fee paid. (Egan, James) (Entered: 04/13/2026) |
| 04/13/2026 | 121 | TRANSCRIPT REQUEST by Kris Roglieri for proceedings held on 11/13/2025 before Judge Mae D'Agostino. (Egan, James) (Entered: 04/13/2026) |
| 04/13/2026 | 122 | TRANSCRIPT REQUEST by Kris Roglieri for proceedings held on 4/3/2026 before Judge Mae D'Agostino. (Egan, James) (Entered: 04/13/2026) |
| 04/14/2026 | 123 | Letter from USA as to Kris Roglieri requesting sealing of V–9 document for 4/17 submission (Rosenthal, Joshua) (Entered: 04/14/2026) |
| 04/15/2026 | 124 | ELECTRONIC NOTICE AND CERTIFICATION as to Kris Roglieri sent to US Court of Appeals re 120 Notice of Appeal – Final Judgment. (hmr) (Entered: 04/15/2026) |
| 04/17/2026 | 125 | Letter from USA as to Kris Roglieri requesting $9,800,324 in restitution to V–9. (Rosenthal, Joshua) (Entered: 04/17/2026) |
| 04/17/2026 | 126 | Letter from Matthew E. Trainor as to Kris Roglieri Appropriate amount of restitution for Victim 9 (Trainor, Matthew) (Entered: 04/17/2026) |
| 04/20/2026 | 127 | SEALED Government Exhibit (Sealed Spreadsheet as to V–9) re 125 Government Letter– maintained in Clerk's Office and not available for electronic viewing. Modified on 4/20/2026 (ban). (Entered: 04/20/2026) |
| 04/20/2026 | 128 | SEALING ORDER granting 123 Letter Request to seal, as to Kris Roglieri (1) re 127 SEALED Exhibits/Document. Signed by U.S. District Judge Mae A. D'Agostino on 4/20/26.(ban) (Entered: 04/20/2026) |
| 04/27/2026 | 129 | SERVICE by Publication of Notice of Forfeiture; Last publication date April 22, 2026 in the government's internet website: www.forfeiture.gov; last day to file a claim is May 23, 2026; filed by USA (Brown, Jeffrey) (Entered: 04/27/2026) |
| 04/27/2026 | 130 | ORDER granting 125 Letter Request, as to Kris Roglieri (1): The Court hereby ORDERS that the Government's letter request (Dkt. No. 125) is GRANTED to the extent set forth in this Order; and the Court further ORDERS that the Defendant must pay restitution to V–9 in the amount of $9,800,326 in the manner set forth in the Court's judgment dated April 6, 2026; and the Court further ORDERS that the Clerk of the Court shall enter an amended judgment and restitution list to include the amount of restitution owed to V–9 as set forth herein; and the Court further ORDERS that the |

| | | |
|---|---|---|
| | | Court shall serve a copy of this Order on the parties in accordance with the Local Rules. Signed by U.S. District Judge Mae A. D'Agostino on 4/27/26.(ban) (Entered: 04/27/2026) |
| 05/01/2026 | 131 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings as to Kris Roglieri: Sentencing Hearing held on April 3, 2026, before Judge Mae A. D'Agostino, Court Reporter: Lisa L. Tennyson,Telephone number: 518.257.1823. **IMPORTANT NOTICE – REDACTION OF TRANSCRIPTS:** In order to remove personal identifier data from the transcript, a party must electronically file a Notice of Intent to Request Redaction with the Clerk's Office within 5 business days of this date. The policy governing the redaction of personal information is located on the court website at www.nynd.uscourts.gov. Read this policy carefully. If no Notice of Intent to Redact is filed within 5 business days of this date, the court will assume redaction of personal identifiers is not necessary and the transcript will be made available on the web 90 days from today's date. Transcript may be viewed at the court public terminal or purchased through the Court Reporter before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 5/22/2026. Redacted Transcript Deadline set for 6/1/2026. Release of Transcript Restriction set for 7/30/2026. Notice of Intent to Redact due by 5/6/2026 (lt, ) (Entered: 05/01/2026) |
| 05/05/2026 | 132 | AMENDED JUDGMENT as to Kris Roglieri (1): The defendant is sentenced on Count 1s of the Superseding Indictment to the custody of the Bureau of Prisons to be imprisoned for a term of 97 months; The Court recommends that the defendant be placed in a facility as close to Glens Falls, NY as possible; 3–years Supervised Release to follow, with standard and special conditions; Restitution is ordered in the amount of $31,280,426.00, joint and several with Kimberly Owen (25–cr–238) and Christopher Snyder (25–cr–195); The interest requirement is waived as to restitution; NO Fine; $100.00 Special Assessment; Forfeiture pursuant to the preliminary order of forfeiture; Counts 2–6 are dismissed on motion of the Government. Signed by U.S. District Judge Mae A. D'Agostino on 05/05/2026.(Copies served upon other agencies as directed – USM) (ban) (Entered: 05/05/2026) |
| 05/05/2026 | 133 | AMENDED STATEMENT OF REASONS [LODGED] as to Kris Roglieri **[This document has been electronically lodged with the Court and is viewable by ONLY the attorney for the government, the attorney for the defendant, and the presiding judge. It is not a filed document, therefore is not available for public inspection. Any further distribution or dissemination is prohibited.]** (nas ) (Entered: 05/05/2026) |
| 05/05/2026 | 134 | VICTIM/RESTITUTION LIST [LODGED] as to Kris Roglieri **[This document has been electronically lodged with the Court. It is not a filed document, therefore is not available for public inspection. Any further distribution or dissemination is prohibited.]** (nas ) (Entered: 05/05/2026) |
| 05/05/2026 | 135 | Supplemental Electronic Certification Sent to USCA as to Kris Roglieri re 120 Notice of Appeal – Final Judgment (hmr) (Entered: 05/05/2026) |
| 05/06/2026 | 136 | NOTICE OF APPEAL by Kris Roglieri re 132 Amended Judgment,,, No fee paid. (Egan, James) (Entered: 05/06/2026) |
| 05/07/2026 | 137 | ELECTRONIC NOTICE AND CERTIFICATION as to Kris Roglieri sent to US Court of Appeals re the 136 Notice of Appeal – Amended Judgment (oca) (Entered: 05/07/2026) |